(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
MAR - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RG
Scanned
No IFP

(1) __Charles F. Cardone___   __098159__
   (Name of Plaintiff)         (Inmate Number)

__DCC, Smyrna... 19977__
(Complete Address with zip code)

06-152-

(2) _____   _____
   (Name of Plaintiff)         (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Police Chief, Rehoboth, Keith Banks__
(2) __PFC R. Tyler Whitman - Reho Police__
(3) __Sgt. Mitchell - Reho Police Dept.__
   (Names of Defendants)

CIVIL COMPLAINT

Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

__1-05-CV-600 KAJ__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ( • •Yes ) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •Yes ( • •No )

C. If your answer to "B" is Yes:

   1. What steps did you take? _None_

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: _My 1983 is directed at Rehoboth Beach Police Department._

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _KEITH BANKS_
Employed as _Chief of Police_ at _Rehoboth Police_
Mailing address with zip code: _229 Rehoboth Avenue_
_Reho Bch, DE 19971-2197_

(2) Name of second defendant: _R. TYLER WHITMAN_
Employed as _PFC-Policeman_ at _Rehoboth Police_
Mailing address with zip code: _229 Rehoboth Police_
_Reho Bch, DE 19971-2197_

(3) Name of third defendant: _Benny Mitchell_
Employed as _SGT-Policeman_ at _Rehoboth Police_
Mailing address with zip code: _229 Rehoboth Avenue_
_REHO BCH, DE 19971-2197_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2



## CITY OF REHOBOTH BEACH
## POLICE DEPARTMENT

229 Rehoboth Avenue
Rehoboth Beach, DE 19971-2197

**KEITH W. BANKS**
Chief of Police
Telephone: (302) 227-2577
Fax: (302) 227-6054
www.rehobothpolice.org

*6 copies dk*
*10-09-05*

September 15, 2005

Charles F. Cardone
Unit SHU 19 . B8L
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Cardone:

This letter is in response to the complaint you lodged against Pfc. Robt. Tyler Whitman of the Rehoboth Beach Police Department.

Sgt. Benjamin R. Mitchell, II of this Department has completed the investigation of your allegations and the findings have been reviewed by the Chief of Police. Your allegations have been ruled: **two counts not sustained; one count exhonorated.** No disciplinary action will be taken against the officer.

This letter shall constitute the final action to be taken in this matter by the Rehoboth Beach Police Department. If you have any questions, or if you are not satisfied with the results of the investigation, please feel free to contact me or the Special Investigations Division with the Department of Justice (302) 577-8944.

Sincerely,

Keith W. Banks
Chief of Police

KWB.mlj
copy: file

Thursday 2 PM

TO: Keith W. Banks
Chief of Police
City of Rehoboth Beach

From: Charles F. Cardone

\* To be used in support of 1983 sent to Del. District Ct on Mar. 2, 2006 by cfc

RE: Citizen Complaint Report (RB11).
Excessive force / Police Brutality — PFC Robert T. Whitman

\* <u>Description of Incident</u>:

On September 7, 2004, approx. 2100 I was in the 7-11 Store on Rehoboth Avenue getting myself a cup of coffee. In the next moment was punched in the head and taken to the ground or floor of the store and handcuffed. I did not know who or what it was that tried to take my head off ... only after PFC Robert T. Whitman tried to break my left arm at the shoulder, and after he tried to crush my skull by kneeling by his knees and putting his entire weight on my head, did I see his police uniform.

over
— Continued →

-2-

RE: Continuation of Citizen Complain by me, Charles F. Cardone, to Chief of Rehoboth Police Keith W. Banks     Oct. 28, 2004
Thurs. 2PM

→ * At no time whatsoever was I made aware I was being placed under arrest, nor was I Mirandized per Arizona v. Miranda. This PFC Robert T. Whitman did his damnest to injure me, and I believe, kill me. I wish to be monatarilly compensated to the fullest allowed by State and Federal law. Also PFC Robert T. Whitman should not be allowed to wear a policeman's uniform ever again. There was a female officer who witnessed the above mentioned crime, but I do not know her name.

Charles F. Cardone



I/M Charles T. Carbone
SBI# 298159 UNIT Bldg 21 C8U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL

*Clerk*
U.S. District Court
Lockbox 18
844 N. King St.
Wilm, DE 19801