April 9, 06

TO: Peter Dalleo,
Clerk of the Court

RE: 06-177 KAJ
06-151 KAJ
06-152 KAJ } 6 month Statements

FILED
APR 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
scanned

Sir;

I spent from March 21, 06 to April 4, 06 in Isolation (the Hole) here at prison for a write up I recieved in June of 05... while in Isolation I was unable (not permitted) to forward the above 6 month statements to the Court. On the above date, I handed C/O FUHRMAN the 6-Month Statements w/ In Forma Pauperis applications to place in the prison mail box for me. [We do not have mail boxes that we may place our U.S. Mail in directly... we must hand over our mail to the C/O s with the expectation that that particular C/O will then place our mail in the "box" which is not within our physical reach. — The reason for this notification letter to the Court, is... should the above →



# Individual Statement

Date Printed: 8/2/2005 Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $79.52 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

Current Location: SU/1 Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/6/2005 | $2.90 | $0.00 | $0.00 | $82.42 | 128747 | | REFUND | |
| Canteen | 7/6/2005 | ($32.08) | $0.00 | $0.00 | $50.34 | 128758 | | | |
| Pay-To | 7/7/2005 | ($4.42) | $0.00 | $0.00 | $45.92 | 129726 | | DST/POSTAGE | |
| Canteen | 7/12/2005 | ($14.97) | $0.00 | $0.00 | $30.95 | 130521 | | | |
| Misc | 7/20/2005 | $500.00 | $0.00 | $0.00 | $530.95 | 134099 | 216721 | | MERCANTILE COUNT |
| Pay-To | 7/22/2005 | ($0.37) | $0.00 | $0.00 | $530.58 | 135326 | | DST/POSTAGE | |
| Canteen | 7/26/2005 | ($112.88) | $0.00 | $0.00 | $417.70 | 136003 | | | |
| Pay-To | 7/28/2005 | ($1.29) | $0.00 | $0.00 | $416.41 | 137465 | | DST/POSTAGE | |

Ending Mth Balance: $416.41

atements not reach the Court on time, or, not t all, I do not want these cases dismissed r lack of providing the statements in a Timely manner as irected by the Court. Furthermore, please docket this otification per the 3 Civil Actions.

Thank you,

Charles F. Cardone



I/M Charles F. Cardone
SBI# 098159 UNIT Bldg (18) C-II-U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

WILMINGTON DE 197
11 APR 2006 PM 3 T

FIRST CLASS USA

*CLERK*
U.S. District Court
844 N. King St., Lockbox 18
Wilmington
DE
19801

U.S.M.S. X-RAY

Pow-mia

19801/3370