AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

2 copies
3-9-06

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Charles F. Cardone_
Plaintiff

V.

_Banks, Whitman, Mitchell_
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _06-152 KAJ_

I, _Charles F. Cardone_ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED APR 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration _DCC-Smyrna, De_

    **Inmate Identification Number (Required):** _098159_

    Are you employed at the institution? _No_    Do you receive any payment from the institution? _No_

    _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2.  Are you currently employed?    ☐ Yes    ☑ No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _I have been on SSDI since 1982_

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or workers compensation payments | ☑ Yes | ☐ No |
    | e. | Gifts or inheritances | ☐ Yes | ☑ No |
    | f. | Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. _My SSDI benefits were terminated in August of 2005_

*\* If I am granted monetary relief I will pay costs determined by this Court.*

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

*\* I have been incarcerated since Sept. of 04', therefore my Social Security Disability Income will not be activated (re) until approximately 3 months after I will be released, whenever that will be... these filing fees are eating into my $4000.00 amount and will not be replaced until.....? What are my options to paying these filing fees until adjudication of my 1983(s)??*

4. Do you have any cash or checking or savings accounts? ☒ Yes ☐ No

   If "Yes" state the total amount $ Approx. $4,000 — *this amount represents my entire savings...*

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   *None*

I declare under penalty of perjury that the above information is true and correct.

March 18, 06
DATE

Charles F. Cardone
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I/M Charles F. Carbone
SBI# 098159   UNIT Bldg 18 C111
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

*Office of the Clerk*
U.S. District Court
844 N. King St., Lockbox 18
Wilmington  DE
19801-3570

U.S.M.S.
X-RAY

$00.63 APR 16 2006
MAILED FROM ZIP CODE 19977