# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Charles Cardone SBI#: 098159

FROM: Stacy Shane, Support Services Secretary 06-152

RE: **6 Months Account Statement**

DATE: March 22, 2006

FILED
APR 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of September 1, 2005 to February 28, 2006

TO Scanned

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | 313.31 |
| Oct | 563.70 |
| Nov | 398.50 |
| Dec | 314.63 |
| Jan | 280.68 |
| Feb | 232.34 |

**Average daily balances/6 months:** 352.43

Attachments
CC: File

Stacy Shane
3/22/06

[signature]
My commission expires 6-17-06

# Individual Statement

Date Printed: 3/21/2006



## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $329.70 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

**Current Location:** 21 **Comments:** QOL3

| Trans Type | Date | Deposit or Withdrawal Amonnt | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($0.37) | $329.70 | 153036 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($4.42) | $329.70 | 153071 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($4.42) | $329.70 | 153072 | | DST/POSTAGE | |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($4.42) | $329.70 | 153076 | | DST/POSTAGE | |
| Canteen | 9/6/2005 | ($4.98) | $0.00 | $0.00 | $324.72 | 154146 | | | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $324.35 | 155757 | | POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($4.42) | $0.00 | $0.00 | $319.93 | 155929 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($0.37) | $0.00 | $0.00 | $319.56 | 155972 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($4.42) | $0.00 | $0.00 | $315.14 | 156003 | | DST/POSTAGE | |
| Supplies-MailP | 9/9/2005 | ($4.42) | $0.00 | $0.00 | $310.72 | 156004 | | DST/POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($2.67) | $310.72 | 156273 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.83) | $310.72 | 156311 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($0.24) | $310.72 | 156372 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($2.67) | $310.72 | 158529 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($2.67) | $310.72 | 158535 | | POSTAGE | |
| Canteen | 9/20/2005 | ($5.39) | $0.00 | $0.00 | $305.33 | 159482 | | | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($2.67) | $305.33 | 161334 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($3.59) | $305.33 | 161398 | | POSTAGE | |
| Supplies-MailP | 9/23/2005 | $0.00 | $0.00 | ($2.67) | $305.33 | 161457 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($2.67) | $305.33 | 163922 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $305.33 | 164093 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $305.33 | 164094 | | POSTAGE | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.37) | $305.33 | 164096 | | POSTAGE | |
| | | | | **Ending Mth Balance:** | **$305.33** | | | | |

**Total Amonnt Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($1.02)

# Individual Statement

Date Printed: 3/21/2006



## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $305.33 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |
| Current Location: 21 | | Comments: QOL3 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/4/2005 | ($34.84) | $0.00 | $0.00 | $270.49 | 165414 | | | |
| Pay-To | 10/5/2005 | ($100.00) | $0.00 | $0.00 | $170.49 | 166955 | | FRANK CARDONE | |
| Misc | 10/6/2005 | $500.00 | $0.00 | $0.00 | $670.49 | 167517 | 65224 | | MERCANTILE BANK |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $667.82 | 168052 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $666.99 | 168087 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.24) | $0.00 | $0.00 | $666.75 | 168138 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $664.08 | 168223 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.59) | $0.00 | $0.00 | $660.49 | 168265 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $657.82 | 168301 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $655.15 | 168349 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $652.48 | 168355 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($2.67) | $0.00 | $0.00 | $649.81 | 168432 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $649.44 | 168552 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $649.07 | 168551 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $648.70 | 168550 | | POSTAGE | |
| Pay-To | 10/11/2005 | ($20.10) | $0.00 | $0.00 | $628.60 | 169938 | | US DISTRICT COURT | |
| Pay-To | 10/13/2005 | ($13.45) | $0.00 | $0.00 | $615.15 | 171621 | | LF BOOK ORDERS | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172304 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172385 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($5.00) | $615.15 | 172386 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.85) | $615.15 | 172393 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172395 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172397 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.37) | $615.15 | 172403 | | DST/POSTAGE | |
| Canteen | 10/18/2005 | ($2.20) | $0.00 | $0.00 | $612.95 | 172819 | | | |
| Pay-To | 10/26/2005 | ($5.00) | $0.00 | $0.00 | $607.95 | 175924 | | US DISTRICT COURT | |
| Medical | 10/27/2005 | $0.00 | ($2.00) | $0.00 | $607.95 | 176800 | | 10/18/05 | |
| Medical | 10/27/2005 | ($2.00) | $0.00 | $0.00 | $605.95 | 176858 | | 10/18/05 | |

# Individual Statement

Date Printed: 3/21/2006



## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $605.95 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

Current Location: 21 Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/1/2005 | ($12.99) | $0.00 | $0.00 | $592.96 | 177999 | | | |
| Pay-To | 11/3/2005 | ($200.00) | $0.00 | $0.00 | $392.96 | 179191 | | F CARDONE | |
| Pay-To | 11/3/2005 | ($5.00) | $0.00 | $0.00 | $387.96 | 179193 | | NAT PRISON PROJE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $387.96 | 180455 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $387.96 | 180456 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $387.96 | 180462 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.60) | $387.96 | 180463 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($2.67) | $387.96 | 180494 | | POSTAGE | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($0.37) | $387.96 | 182793 | | | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $387.59 | 183544 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $387.22 | 183614 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($5.00) | $0.00 | $0.00 | $382.22 | 183615 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($3.85) | $0.00 | $0.00 | $378.37 | 183616 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $378.00 | 183620 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $377.63 | 183618 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $377.26 | 183630 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $376.89 | 183702 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $376.52 | 183703 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $376.15 | 183706 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $375.55 | 183707 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($2.67) | $0.00 | $0.00 | $372.88 | 183724 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $372.51 | 183767 | | | |
| Canteen | 11/15/2005 | ($10.00) | $0.00 | $0.00 | $362.51 | 184191 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.37) | $362.51 | 186342 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($3.85) | $362.51 | 186400 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($4.42) | $362.51 | 186407 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.37) | $362.51 | 186422 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.37) | $362.51 | 186442 | | | |
| Pay-To | 11/22/2005 | $50.00 | $0.00 | $0.00 | $412.51 | 187394 | | STOP PAY CK#7280 | |
| Canteen | 11/29/2005 | ($10.00) | $0.00 | $0.00 | $402.51 | 188840 | | | |

# Individual Statement

Date Printed: 3/21/2006



## For Month of November 2005

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pay-To | 11/30/2005 | ($54.95) | $0.00 | $0.00 | $347.56 | 189684 | PSI PUBLISHING INC |
| | | | | **Ending Mth Balance:** | **$347.56** | | |

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($1.02)

# Individual Statement

Date Printed: 3/21/2006



## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $347.56 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

**Current Location:** 21 **Comments:** QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Traus # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 12/5/2005 | ($27.90) | $0.00 | $0.00 | $319.66 | 191298 | | LF BOOK ORDERS | |
| Canteen | 12/13/2005 | ($9.97) | $0.00 | $0.00 | $309.69 | 194244 | | | |
| Canteen | 12/27/2005 | ($10.00) | $0.00 | $0.00 | $299.69 | 199586 | | | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $299.32 | 201751 | | | |
| Supplies-MailP | 12/29/2005 | ($3.85) | $0.00 | $0.00 | $295.47 | 201775 | | | |
| Supplies-MailP | 12/29/2005 | ($4.42) | $0.00 | $0.00 | $291.05 | 201782 | | | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $290.68 | 201814 | | | |
| Supplies-MailP | 12/29/2005 | ($0.37) | $0.00 | $0.00 | $290.31 | 201835 | | | |

**Ending Mth Balanee:** **$290.31**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($1.02)

# Individual Statement

Date Printed: 3/21/2006



## For Month of January 2006

| SBI | Last Name | First Name | MI . Suffix | Beg Mth Balance: | $290.31 |
|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | |
| Current Location: 21 | | Comments: QOL3 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/10/2006 | ($10.00) | $0.00 | $0.00 | $280.31 | 206252 | | | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $280.31 | 211688 | | 11/20/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $280.31 | 211689 | | 11/20/05 | |
| Canteen | 1/24/2006 | ($9.80) | $0.00 | $0.00 | $270.51 | 212547 | | | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($0.37) | $270.51 | 213416 | | 11/16/05 | |
| | | | | Ending Mth Balance: | $270.51 | | | | |

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($1.02)

# Individual Statement

Date Printed: 3/21/2006



## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $270.51 |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | | |

**Current Location:** 21 **Comments:** QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SoureeName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $270.14 | 217926 | | 11/20/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $269.77 | 217925 | | 11/20/05 | |
| Supplies-MailP | 2/2/2006 | ($0.37) | $0.00 | $0.00 | $269.40 | 217958 | | 11/16/05 | |
| Medical | 2/3/2006 | $0.00 | ($4.00) | $0.00 | $269.40 | 218437 | | 1/17/06 | |
| Medical | 2/3/2006 | ($4.00) | $0.00 | $0.00 | $265.40 | 218569 | | 1/17/06 | |
| Canteen | 2/7/2006 | ($10.00) | $0.00 | $0.00 | $255.40 | 219309 | | | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | $255.40 | 220452 | | 12/31/05 | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($0.37) | $255.40 | 220453 | | 1/2/06 | |
| Canteen | 2/14/2006 | ($14.45) | $0.00 | $0.00 | $240.95 | 222395 | | | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($6.25) | $240.95 | 223744 | | 12/12/05 | |
| Pay-To | 2/17/2006 | ($25.00) | $0.00 | $0.00 | $215.95 | 224938 | | MS NAOMI ROGERS | |
| Pay-To | 2/23/2006 | ($30.00) | $0.00 | $0.00 | $185.95 | 226966 | | ROCHELLE RUFFIN | |
| Canteen | 2/28/2006 | ($18.12) | $0.00 | $0.00 | $167.83 | 228025 | | | |

**Ending Mth Balance:** **$167.83**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($1.02)

I/M Charles F. Cardone
SBI# 098159 UNIT Bldg (18) C11U
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$ 00.63⁰
APR 16 2006
MAILED FROM ZIP CODE 19977

*Office of the Clerk*

U.S. District Court
844 N. King St., Lockbox 18
Wilmington
DE
19801-3570

U.S.M.S.
X-RAY

Pow-mia

19801+3570-99