TO: Clerk of US District Court
Wilmington

June 19, 06

RE: CA 06-152 KAJ

FILED
JUN 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

Having paid the partial filing fee of $70.16, & scanned would the clerk choose to <u>re-word</u> the enclosed Authorization, return it (Authorization) to me so I may sign it and return it to the Court to send the amended authorization to the agency presently holding me? ~~Please~~ KAJ is allowing me to proceed. Please advise

Charles F. Cardone
SBI #098159

I/M Charles F. Cordova
SBI# 078159  UNIT SHU (7) C u 4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

\* CLERK \*
U.S. District Court
844 N. King St., Lockbox 18
Wilmington DE
19801

Pow-mia

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-152-KAJ |
| | ) |
| POLICE CHIEF KEITH BANKS, | ) |
| PFC R. TYLER WHITMAN, and | ) |
| SGT. BENNY MITCHELL | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Charles F. Cardone, SBI #098159, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $70.16 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2006.

*[handwritten: paid June 1, 2006 Treasurers Check No 233082]*

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This

authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2006.

_____<br>Signature of Plaintiff