June 27, 06

TO: Clerk of Del. Dist. Court

RE: Civ. No. 06-152-KAJ

Sir:

Pursuant to KAJ's Memorandum Order filed June 15, 2006, "It IS FURTHER ORDERED that: ... Additionally, Cardone shall provide the Court with one copy of the complaint (D. 1. 1) for service upon the remaining defendant"... (page 4 of Order) please provide a copy of the above (D. 1. 1) along with my enclosed Citizen Complaint Report to include Chief Banks acknowledgment of my above complaint to enable the United States Marshal to serve the named defendants.

Very truly yours,

Charles F. Cardone
SBI #098159
DCC



FILED
JUN 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

* Please advise if I must pay the court for copies of (D. 1. 1) to be served..



M Charles F. Carbone
SBI# 098159   UNIT SHU(7)C44   LEGA/
DELAWARE CORRECTIONAL CENTER   Mail
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

* Clerk *

U.S. District Court
844 N. King St., Lockbox 18
Wilmington

DE
19801-3570

UNITED STATES POSTAGE
02 1A
0004608975
MAILED FROM ZIP CODE 19977

$ 00.87°
JUN 28 2006

U.S.M.S.
X-RAY



# CITY OF REHOBOTH BEACH
## POLICE DEPARTMENT

229 Rehoboth Avenue
Rehoboth Beach, DE 19971-2197

**KEITH W. BANKS**
Chief of Police
Telephone: (302) 227-2577
Fax: (302) 227-6054
www.rehobothpolice.org

*6 Copies cfo*
*10-9-05*

April 14, 2005

Charles F. Cardone
Post Office Box 500
Georgetown, DE 19947

RE: Citizen Complaint 2005-2

Dear Mr. Cardone:

This letter is to acknowledge receipt of your complaint on October 28, 2004, against Pfc. R. Tyler Whitman of the Rehoboth Beach Police Department. Sergeant Benjamin R. Mitchell, II of this Department will conduct an investigation into your allegations followed by a review before the Chief of Police. At the conclusion of this process you will be notified by letter regarding the disposition.

Any questions concerning this matter may be directed to Sgt. Mitchell at the Rehoboth Beach Police Department (302) 227-2577.

Sincerely,

Keith W. Banks

Keith W. Banks
Chief of Police

KWB.mlj
copy: file

RB11- Reho Bch P.D. Chief of Police, Keith W. Banks  3

# REHOBOTH BEACH POLICE DEPARTMENT  3-8-06

Attempted murder on by PFC Robert T. Whitman on me, CF Cardone

| CITIZEN COMPLAINT REPORT | 1. Complaint Number |
|---|---|
| 2. Complainant's Name:     Last,      First      MI<br><br>Cardone     Charles   F. | 3. Date of Report<br><br>10-28-04 |
| 4. Home Address<br><br>RT 6 Box 72A Millsboro, DE | 5. Home Phone #<br><br>302)945-3552 |
| 6. Business Address<br><br>N/A | 7. Business Phone #<br><br>N/A |
| 8. Social Security #<br><br>N/A | 9. Date of Birth<br><br>2-23-49 | 10. Driver's License #<br><br>State: DE |
| 11. Nature of Complaint<br><br>Excessive force/cop brutality | 12. Date of Occurrence<br><br>9-7-04 Sept. 7,04 |
| 13. Location of Incident<br><br>Rehoboth Beach / 7-11 | |

14. Read Section 1233, Title 11, of the Delaware Code, **Making a False Written Statement;** Class A misdemeanor.  PRINT your FULL NAME on the proper line below Section 1233, and enter your signature, the date, and time on the proper line.


*A person is guilty of making a false written statement when he makes a false written statement which he knows to be false or does not believe to be true in a written instrument bearing a notice, authorized by law, to the effect that false statements are punishable.  Making a false statement is a Class A misdemeanor.*


I, _Charles Francis Cardone_ (PRINT FIRST, MIDDLE & LAST NAME), have read the above section of The Delaware Code and do hereby attest that I fully understand its contents.


Signature _Charles F. Cardone_ Date _Oct. 28_ 2004 Time _____