In the United States District Court
for the District of Delaware

Charles F. Cardone,
  Plaintiff,

V.

Police Chief Keith Banks,
Police Officer PFC R. Tyler
Whitman, and Police Officer
Sgt. Benny Mitchell,
  Defendants.

Civ. No. 06-152-KAJ

Jury Trial Requested

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Plaintiff Charles F. Cardone's Motion Before the Court To Request Defendant's ANSWER WITH AFFIRMATIVE DEFENSES in this action, dated September 18, 2006, Be Postponed or Denied Until Discovery Has Taken Place So that Additional Facts May Be Gathered To Permit A More Competent Response... Plaintiff states the following in support of his request:

1. Defendant PFC R. Tyler Whitman, by and through his counsel, Marshall, Dennehey, Warner, Coleman + Goggin, "seeks dismissal with prejudice with costs assessed against Plaintiff."

2. Defendant, seeking dismissal stated in #1, states six affirmative defenses, and, "asserts all other defenses available under the Civil Rights Act of 1871."

3. Plaintiff, who is representing himself on a pro se basis, is not allowed physical access to the prison law library and must request any and all legal research and

Page 2 of plaintiff's Motion Before the Court To Request Defendant's ANSWER with AFFIRMATIVE DEFENSES in this action, dated September 18, 2006, Be Postponed ...       2

Civ. No. 06-152-KAJ

filings by "in house" General Requests forms...

Whereby, plaintiff requests this Honorable Court to grant Plaintiff's requests for Postponement.

Respectfully submitted this __20th__ day of December, 2006,

By: Charles F. Carlone
SBI #098159-DCC
Bldg. (18) BL12
1181 Paddock Road
Smyrna, DE 19977

## Certificate of Service

I, Charles F. Cardone, hereby certify under penalty of perjury that a true and correct copy of this motion for Postponement has been provided to the below-listed parties, by placing said motion in a postage-paid envelope and mailing said envelope via United States mail this 20th day of Dec, 2006 to:

Daniel A. Griffith, Esq.
1220 N. Market Street, 5th Floor
P O Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant
PFC R. Tyler Whitmon
06-152-KAJ

by
Charles F. Cardone, pro se
SBI #098159-DCC
Bldg. (18) BL12
1181 Paddock Rd
Smyrna, DE, 19977

Dated: Dec. 20th, 2006

IM Charles T Cordone
SBI# 098159  UNIT Bldg. (B) BL-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

DEC 27 2006

U.S. District Court
844 N. King St., Lockbox 18
Wilmington DE
19801

U.S.M.S. X-RAY'd

UNITED STATES POSTAGE
02 1A
0004608975
MAILED FROM ZIP CODE 19977
$ 00.63⁰
DEC 22 2006
PITNEY BOWES