Aug. 14, 2007

TO: Clerk, DE U.S. Dist Court

I am in receipt of your August 8, 2007 letter to me in response to my Aug. 3, 2007 request for the status of my cases... thank you for your courtesy docket sheets for cases 06-177, 06-152, 06-151, 06-127, 05-536, and 06-646. — As to 06-151, docket #51, dated 3/08/2007, I was not sent Judge Farnan's order dismissing my case. I did request Magistrate Judge Thynge to dismiss without prejudice cases 05-536, 06-151, and 06-152, and she granted my request. I made that request in my expectations of being released from my unlawful, present SHU status to the 'general population' in order for me to have physical access to this prison's law library instead of the 'in cell' access I have had since August 11, 2005. Approximately 2 weeks ago, in a letter dated August 7, 2007, I submitted a letter to Judge Thynge and opposing counsel requesting a 90 day continuance to re-file and re-open these 3 actions because I continue to be unlawfully classified and disciplined in my present SHU status, without my benefit of federal and state laws requiring prison officials to conduct defined proceedings in placing me in that status. Should Judge Farnan's above March order be dismissed w/out prejudice, I expect my request for a 90 day continuance is pending. Please advise...

Charles F. Cardone

RE: 05-536-JJF
    06-151-JJF
    06-152-JJF



FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Charles F. Cordone
SBI# 098159  UNIT 18-B-L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

*Attn:* Forman
Judge 06-151

* C Clerk *
U.S. District Court
844 King St. Lockbox 18
Wilmington DE
19801