TO: Honorable Mary Pat Thynge          Aug. 5, 2007

RE: Civil actions : 05-536 ×××
                    06-151 ×××
                    06-152 ×××

Dear Judge Thynge :

On March 6, 2007, you granted my request "to dismiss each of the above actions" with "leave to re-file on or before September 7, 2007." ... allow me to thank you for granting my request as well as opposing counsel to not argue a-gainst my request. —— Judge Thynge, the Court is in receipt of my letter to you (stamped "Filed Mar-5 2007") in which I state "my refiling by that date will be contingent on my return to "general population" so I may have physical access to this prison's law library".... well, judge, I am, at this writing, still being held at SHU status with no —— meaningful access to the courts by reason of administrative segregation", inter alia, and, inadequate access to legal re-search materials and assistance. I have quoted the latter from ALLAH V. SEIVERLING, 229 F.3d 220 (3rd Cir., 2000) a similar situation as of mine, therefore, I must request you and opposing counsel counsel for a 90 day continuance to refile the above civil actions in my expectation of being returned to the general population of DCC prison.

CC: Amy A. Quinlan
    Stacey Xarhoulakos
    Daniel A. Griffith
    Dana Spring Mongo
           Daniel L. McKenty
—— attys for defendants ——

Respectfully submitted,
Charles F. Cardone

Charles F. Cardone

SBI # 098159

FILED

AUG 22 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Charles F. Cordone

SBI# O78159    UNIT 18-B-1-12

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

21 AUG 2007 PM 11 T

Office of the U.S. Magistrate

United States District Court

U.S. Court House

844 King St.

Wilmington - DE

19801

USA FIRST CLASS