Case 1:06-cv-00152-JJF    Document 29    Filed 08/23/2007    Page 1 of 3

Dear Mr. Dalleo:

    I have received your August 17, 2007 letter to me and a copy of Judge Farnan's dismissal order dated 3/8/07, (DI #51 in CA 06-151). Thank you for that copy and for other documents/papers you have been most kind in sending my way. — As to my letter to Judge Thynge dated 8/7/07 requesting a 90 day extension of these three cases, I sent that request to her (and served opposing counsel) via the return address of the envelope containing Judge Thynge's January 4, 2007 order in re a status conference, Case # 1:05-cv-536, Docket Number: 97. That 8/7/07 request for the 90 day extension was returned to me for insufficient address. It appears someone is tampering with my legal mail, nonetheless, I re-mailed the request to Office of the U.S. Magistrate because I was uninformed as to JJF being assigned to my civil actions and my original request of dismissal without prejudice was directed to the then assigned xxx Judge Thynge. Per your August 17, 2007 letter to me, opposing counsel was served with copys of my request to Judge Thynge for a 90-day extension in the below 3 cases:

    CA - 05 - 536 - JJF
    CA - 06 - 151 - JJF
    CA - 06 - 152 - JJF ...



FILED

AUG 23 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Con't on pg 2 ⟶

Page 2 of Charles F. Cardone's letter
to Peter Dalleo of DE U.S. Dist Ct....

—— Sir, once again I am requesting the status of my
application to Delaware U.S. District Court for a Tempo-
rary ~~Restrain~~ Restraining Order and Preliminary Injunc-
tion in CA-06-646 *** against Delaware Correctional
Center for false imprisonment of me. I submitted my
above application, dated June 14, 2007, on June 15, 2007, by
handing it to a prison guard for mailing to the DE Dist-
rict Court. Monies were deducted from my prison account
to pay for mailing my application to the court. In a
July 29, 2007 letter to the District Court, I again request-
ed the status of my TRO. I also submitted papers/documents
in further support of my June 14, 2007 petition for TRO and
another request for the status in letter to the court dated
July 1, 2007. To date, other than monies deducted for
mailing my TRO/Preliminary Injunction to the court, my
requests to you for the status have not been forthcoming...
                                        Please advise,

                            Sincerely,

                            Charles F. Cardone
                            SBI # 098159

IM Charles F. Cordone

SBI# 098159 UNIT 18-B-1-12

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Per-mia

*  CLERK  *

U.S. District Court

844 King St., Lockbox 18

Wilmington

19801

DE

WILMINGTON DE 197

22 AUG 2007 PM 1 L

USA First Class

15801755:3