A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

Direct Dial: 302-552-4317
Email: dagriffith@mdwcg.com

October 2, 2007

The Honorable Mary Pat Thygne
J. Caleb Boggs Federal Building
844 North King Street, Room 6100
Lock Box 8
Wilmington, DE 19801





FILED
OCT 9 2007
MARY PAT THYNGE
U. S. MAGISTRATE JUDGE

Re:   Cardone v. City of Rehoboth Beach
      Our File No: 20021-00128
      1:06-CV-152-JJF

Dear Magistrate Thygne:

I represent Defendant PFC R. Tyler Whitman in the above-referenced case. I wish to respond to Plaintiff Charles Cardone's letter to Your Honor requesting a 90-day continuance to re-file several civil actions, including this one, that he voluntarily dismissed in March 2007. Defendant hereby advises Your Honor that it takes no position on Plaintiff's continuance request.

Respectfully submitted,

Daniel A. Griffith    for DAG

DAG/hr

cc:   Charles F. Cardone
      Clerk of Court

\15_A\LIAB\DAGRIFFITH\CORR\446561\HXRUSSO\20021\00128