TO: DE District Court

Dec. 16, '07

- I sent the Clerk my letter dated July 1, '07, requesting the status of my petition for pre-liminary Injunction /TRO - 06-646... my records (yeah, I hear y'snickering) show no response by the Clerk, please advise... I sent another status request to pro'se law clerk, no response... please advise... (July 29, '07)... I sent another letter, dated Nov. 2, '07... no response? Please advise... Has the Court received my requests, dated Dec. 2, '07, to reopen my cases?...

\* Appealing to 3rd Cir. ← { 06-151, 06-152, 06-646 }

Please advise,
Charles F. Carlone
SBI #098159
Smyrna Prison

in re: 06-151
06-152
06-646


RECEIVED DEC 18 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I/M Charles P. Carlson
SBI# 098159  UNIT (17) 849
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
* Happy Holidays *

Pro se
Law Clerk

Pari mia

U.S. District Court —
844 King St., Lockbox 18
Wilmington
DE
19801

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975   $ 00.410
DEC 17 2007
MAILED FROM ZIP CODE 19977

19801$3519 C012