In the United States District Court
for the State of Delaware

3 copies

Charles F. Cardone,
  Plaintiff,
v.
Police Chief Keith Banks,
Police Officer PFC R. Tyler
Whitman, and Police Officer
SGT. Benny Mitchell,
  Defendants

C.A. No.:

06-152-JJF

FILED
JAN 04 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

## Motion for Appointment of Counsel

Plaintiff offers the following in support of his motion to the Court to appoint counsel:

1. the complexity of federal civil law...
2. the difficulty in conducting discovery while incarcerated...
3. the complex nature of the issues involved in this claim
4. the lack of education in law which would impair my ability to prepare a legal claim...
5. that plaintiff provides, for the court's consideration in this instant motion, several refusals of plaintiff's requests of representation of private attorneys.

(Con't) →

3 copies

In the United States District Court
for the State of Delaware

Charles F. Cardone,
Plaintiff,
v.
Police Chief Keith Banks,
Police Officer PFC Tyler
Whitman, and Police Officer
SGT. Benny Mitchell,
Defendants

C.A. No.:

06-152- ~~***~~ JJF

## Motion for Appointment of Counsel

Whereas, plaintiff requests this Court to grant plaintiff's motion for appointment of counsel

by:

Charles F. Cardone, pro se
SBI# 098159-DCC
* ~~Unit 18 BL 12~~
Smyrna, DE 19977

Dated: ~~June 10, 2007~~
January 02, 2008

* Unit (17) BU 9

3 copies

## Certificate of Service

I, Charles F. Cardone, hereby certify under penalty of perjury, I have handed this Motion for Appointment of Counsel to a DCC Correctional Officer to place in DCC's mail system on ~~June ____, 2007,~~ to be sent to: on January 2, 2008

Daniel A. Griffith
Marshall, Dennehey, Warner, Coleman + Co
1220 N. Market St., Suite 500
P.O. Box 8888
Wilm. DE   19899

by:

Charles F. Cardone, pro se
SBI #098159 - DCC

~~Dated: June 10, 2007~~

Dated: Jan. 02, 2008

06-152   JJF

# COOCH AND TAYLOR
### ATTORNEYS AT LAW
SUITE 1000
824 MARKET STREET
P.O. BOX 1680
WILMINGTON, DELAWARE 19899-1680
WWW.COOCHANDTAYLOR.COM
FAX (302) 652-5379
(302) 652-3641

DONALD C. TAYLOR
1960-2005

H. ALFRED TARRANT, JR.
ROBERT W. CROWE
BONNIE H. SHEER
W. JEFFREY WHITTLE*
MICHAEL A. FRIEDBERG**
JEOFFREY L. BURTCH
C. SCOTT REESE
ANDREW P. TAYLOR*
THOMAS D. SHELLENBERGER
MARY ANN PLANKINTON*

* ALSO ADMITTED IN PA
** ALSO ADMITTED IN PA AND VA
*** ALSO ADMITTED IN CT
† ALSO ADMITTED IN MA AND NY

OF COUNSEL
EDWARD W. COOCH, JR.

ADAM SINGER†
ROBERT W. PEDIGO
ROBERT W. MALLARD
NORISS E. COSGROVE
GEORGE R. TSAKATARAS*
SHELLEY A. KINSELLA
PAULA C. WITHEROW*
NANCY N. DOUGHTEN***

PENNSYLVANIA OFFICE
P.O. BOX 942
1687-B WEST DOE RUN ROAD
UNIONVILLE, PENNSYLVANIA 19375
FAX (610) 347-1400
(610) 347-6700

September 29, 2006

Mr. Charles F. Cardone
SBI #098159-DCC
Bldg. 21 AL5
Smyrna, DE 19977

Dear Mr. Cardone:

I received your letter of September 26, 2006. I am not experienced in 1983 actions or in criminal law matters. I suggest that you contact the Delaware Volunteer Legal Services at P.O. Box 7306, Wilmington, DE 19803. The telephone number there is 478-8680.

Very truly yours,

W. JEFFREY WHITTLE

WJW/jk

**CONNOLLY BOVE LODGE & HUTZ LLP**

ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Paul E. Crawford
Partner

TEL (302) 888-6262
FAX (302) 658-5614
EMAIL pcrawford@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

30 June 2006

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

Charles F. Cardone
SBI #098159
SHU17CU4
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

WEB www.cblh.com

Re:   Your letter of June 19, 2006

Dear Mr. Cardone,

Thank you for your letter of June 19 asking me to represent you in actions against the State that are currently pending in the Delaware District Court.

I do not regularly handle prisoner cases. I was appointed by the District Court to handle a separate matter.

I hope that you are able to amicably resolve your differences with the Department of Corrections.

Sincerely,

Paul E. Crawford
Connolly Bove Lodge & Hutz LLP
PEC/jac

474221-1

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

GRADY & HAMPTON, LLC
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

June 15, 2006

Charles Cardone
SBI # 098159-DCC-SHU
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Cardone:

I am not able to take over cases already filed.

Sincerely yours,

Stephen A. Hampton

SAH:slh

