IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| CHARLES F. CARDONE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | 1:06-CV-152-JJF |
| v. | ) ) | |
| POLICE CHIEF KEITH BANKS, POLICE OFFICER PFC R. TYLER WHITMAN, and POLICE OFFICER SGT. BENNY MITCHELL, | ) ) ) ) ) | |
| Defendants. | ) | |

ENTRY OF APPEARANCE

TO:  Clerk of Court
     J. Caleb Boggs Federal Building
     844 N. King Street
     Wilmington, DE  19801

PLEASE TAKE NOTICE:  John A. Macconi, Jr., Esquire, in addition to the appearance of record already entered by Daniel A. Griffith, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin, hereby enters his appearance as co-counsel of record for *Defendant, Tyler Whitman*, in the above-captioned matter.

                                          **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

                                        /s/ *John A. Macconi, Jr.* DE ID No. 4430
                                        JOHN A. MACCONI, JR., ESQ.
                                        Delaware Bar I.D. No. 4430
                                        1220 N. Market Street
                                        P.O. Box 8888
                                        Wilmington, DE 19899-8888
                                        (302) 552-4300
                                        *Attorney for Defendant, Tyler Whitman*

Date:  January 17, 2008

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:06-CV-152-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| POLICE CHIEF KEITH BANKS, | ) | |
| POLICE OFFICER PFC R. TYLER | ) | |
| WHITMAN, and POLICE OFFICER | ) | |
| SGT. BENNY MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, John A. Macconi, Jr., hereby certify that on January 17, 2008, a true and correct copy of my *Entry of Appearance on behalf of Defendant, Tyler Whitman*, were forwarded to the below named addressee(s) via U.S. First Class Mail, postage prepaid:

Charles F. Cardone SBI# 098159
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
Pro Se

                             **MARSHALL, DENNEHEY, WARNER,**
                                  **COLEMAN & GOGGIN**

                             /s/ *John A. Macconi, Jr.  DE ID No. 4430*
                             JOHN A. MACCONI, JR., ESQ.
                             Delaware Bar I.D. No. 4430
                             1220 N. Market Street
                             P.O. Box 8888
                             Wilmington, DE 19899-8888
                             (302) 552-4300
                             *Attorney for Defendant, Tyler Whitman*