A REGIONAL DEFENSE LITIGATION LAW FIRM

| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Akron

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

Direct Dial: 302-552-4377
Email: jamacconi@mdwcg.com



January 17, 2008

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 North King Street, Room 4124
Lock Box 27
Wilmington, DE 19801

    Re:    Cardone v. City of Rehoboth Beach
           Our File No: 20021-00128
           1:06-CV-152-JJF

Dear Judge Farnan:

    I am counsel for Defendant Tyler Whitman in the above-captioned matter. I am in receipt of Plaintiff's letter to the Court, which I understand is being considered as a motion, requesting a re-opening of the case and write to advise Your Honor that Defendant takes no position on Plaintiff's motion.

    In the event that Plaintiff's motion is, in fact, granted, I also hereby request that the Court convene a Scheduling Conference to ensure that the case progresses as speedily as possible now that it will have been re-opened.

                              Respectfully submitted,

                              John A. Macconi, Jr.

JAM/hr

cc:    Charles F. Cardone

15/563624.v1