TO: DE District Court Judges and/or Clerk       1-22-08

RE: Pending civil actions - '05-536-JJF
                            '06-151-JJF
Dear Sirs and Madames:     '05 or '06-152-JJF

FILED
JAN 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

I am advising the Courts that I am awaiting copies of interrogatories from our SHU Law Library in re the above 3 civil actions... I misplaced the letter that was forwarded to me stating I had 30 days to submit paperwork for the above civil actions after I was given the OK to re open, refile these civil actions... I expect these copies any day and I plan on submitting these interrogatories to the Court and opposing counsel this week or, at the latest, the week of the 27th of January, beginning of Feb. '08. I am also advising the Court/Clerk that since the cold weather and cold temperatures set in last week, my cell and the other 23 cells on this unit are being kept so cold, it is damn near impossible to write or do anything other than to stay wrapped up in our blankets. the guards don't want to hear any complaints because they spend as little time as possible "on the tier"! these cells are kept ice cold on an on going basis. the LT.'s (building officers and Sargeants) walk around in heavy coats telling us to <u>not</u> block the cold air coming out of our vents! this is cruel and unusual punishment and needs to be addressed by you Feds!

*(Page rotated 90°. Form: "INMATE ACQUIRED OR CONFISCATED PROPERTY")*

Cat # E

INMATE NAME: _____  SBI #: _____
INMATE UNIT: _____  DATE: _____  TIME: _____  Page ___ of ___

| ITEM# | ITEM | DESCRIPTION/MAKE, MODEL & SERIAL # | SP/PP | QTY | Condition P/F/G |
|---|---|---|---|---|---|
| | Steps of Shoes | Respectfully Submitted<br>Charles F. Cordone<br>SBI # 298159 | | | |

W. BECKES                              3x4  Shift
Officer Inventorying Property Name (Print Clearly)    Officer Inventorying Property Signature

_____                        2x1  Shift
Supervisor Reviewing Documentation (Print Clearly)    Supervisor Reviewing Documentation Signature

this Unit 17 houses 4 different wings — A wing, B, C, and D wing... my wing is B wing and it is ice cold w/ ice cold air coming out of our individual cell vents. Help!!!

I/M Charles F. Cordone
SBI# 098159  UNIT 17-B49
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Please!
Expedite!

Pro-Se

U.S. District Court
844 King St.,
Wilmington
DE
19801