Jan. 27, 2008

05-600
05-536
06-151
06-152
06-177
06-646

Dated: _____

TO: Clerk of U.S. District Court
RE: Court costs and payment verification

FILED
JAN 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir:

I have enclosed a copy of my Individual Statement as provided to me by this prison's business office. As is evidenced, the business office does not "say" what the deduction from my account is for other than "Legal" and "Pay to"... I have provided U.S. District Court with (amounts with dates) "Trans Type", "Date", and "Deposit or Withdrawal Amount"... please verify the following with appropriate receipts:

| Trans Type | Date | Deposit or Withdrawal Amount |
|---|---|---|
| Legal | 1-18-2007 | 28.00 |
| Legal | 3-9-2007 | 28.00 |
| Legal | 4/5/2007 | 28.00 |
| Legal | 6/8/2007 | 28.00 |
| Legal | 7/12/2007 | 16.83 |
| Legal | 8/6/2007 | 4.61 |
| Legal | 8/6/2007 | 38.00 |
| Legal | 11/2/2007 | 29.84 |
| Legal | 11/2/2007 | 28.16 |
| Legal | 1/11/2008 | 38.00 |

Thank you,
Charles F. Carbone
SBI# 098159
Smyrna Prison

16

Date Printed: 2/28/2007

## Individual Statement
## From January 2007 to February 2007

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00098159 | CARDONE | CHARLES | | | Beginning Month Balance: | $156.96 |
| Current Location: | 18 | | | | Ending Month Balance: | $134.92 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/2/2007 | $0.00 | $0.00 | ($0.39) | $156.96 | 366521 | | 12/20/06 | |
| Canteen | 1/2/2007 | ($14.99) | $0.00 | $0.00 | $141.97 | 367440 | | | |
| Canteen | 1/9/2007 | ($15.98) | $0.00 | $0.00 | $125.99 | 369731 | | | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($1.11) | $125.99 | 371196 | | 12/20/06 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($0.39) | $125.99 | 371199 | | 12/20/06 | |
| Canteen | 1/16/2007 | ($14.97) | $0.00 | $0.00 | $111.02 | 373081 | | | |
| Legal | 1/16/2007 | $0.00 | $0.00 | ($28.00) | $111.02 | 373208 | | 12/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.87) | $111.02 | 373581 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $111.02 | 373584 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $111.02 | 373585 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | $111.02 | 373588 | | 12/14/06 | |
| Legal | 1/18/2007 | ($28.00) | $0.00 | $0.00 | $83.02 | 374780 | | 12/06 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($0.39) | $83.02 | 375197 | | 12/12/06 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($0.39) | $83.02 | 375252 | | 11/30/04 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($0.39) | $83.02 | 375267 | | 11/26/06 | |
| Canteen | 1/23/2007 | ($14.98) | $0.00 | $0.00 | $68.04 | 375529 | | | |
| Canteen | 1/30/2007 | ($10.89) | $0.00 | $0.00 | $57.15 | 378174 | | | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $56.76 | 378629 | | 12/7/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $56.37 | 378630 | | 12/7/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $55.98 | 378631 | | 12/7/06 | |
| Supplies-MailP | 1/30/2007 | ($1.11) | $0.00 | $0.00 | $54.87 | 378713 | | 12/10/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $54.48 | 378722 | | 12/11/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $54.09 | 379068 | | 12/20/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $53.70 | 379360 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.87) | $0.00 | $0.00 | $52.83 | 379354 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $52.44 | 379356 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $52.05 | 379357 | | 12/14/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $51.66 | 379418 | | 12/12/06 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $51.27 | 379537 | | 11/30/04 | |
| Supplies-MailP | 1/30/2007 | ($0.39) | $0.00 | $0.00 | $50.88 | 379617 | | 11/26/06 | |

IM Charles F. Cardone
SBI# 079859   UNIT 17-B49
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S. District Court
844 King St., Lockbox 18
Wilmington
DE
19801