IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHARLES F. CARDONE,** | ) | **C.A. NO.: 06-152-KAJ** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Jury Trial Requested** |
| | ) | |
| **POLICE CHIEF KEITH BANKS,** | ) | |
| **POLICE OFFICER PFC R. TYLER** | ) | |
| **WHITMAN, and POLICE OFFICER** | ) | |
| **SGT. BENNY MITCHELL,** | ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT attorney Daniel A. Griffith and the firm of Whiteford, Taylor & Preston LLP hereby enter their appearance in the above-captioned matter as substituted counsel to Defendant Police Officer PFC R. Tyler Whiteman and the firm of Marshall Dennehey Warner Coleman & Goggin hereby withdraws its appearance.

Wilmington, DE
Dated: February 5, 2008

| **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** | **WHITEFORD, TAYLOR & PRESTON LLP** |
|---|---|
| By:/s/ John A. Macconi, Jr. | By: /s/ Daniel A. Griffith |
| John A. Macconi, Jr. (I.D. No. 4430) | Daniel A. Griffith (I.D. No. 4209) |
| 1220 North Market Street | 1220 North Market Street |
| 5th Floor | Suite 608 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 552-4300 (Telephone) | (302) 482-8754 (Telephone) |
| (302) 651-7905 (Facsimile) | (302) 258-0783 (Facsimile) |
| | dgriffith@wtplaw.com |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES F. CARDONE, | ) | C.A. NO.: 06-152-KAJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| POLICE CHIEF KEITH BANKS, POLICE OFFICER PFC R. TYLER WHITMAN, and POLICE OFFICER SGT. BENNY MITCHELL, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Daniel A. Griffith, Esquire, do hereby certify that on this 5th day of February, 2008, a copy of the foregoing *Substitution of Counsel* was served via U.S. First Class Mail to the following:

Charles F. Cardone SBI# 098159
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
*Pro Se*

**WHITEFORD, TAYLOR & PRESTON LLP**

By: /s/ Daniel A. Griffith
Daniel A. Griffith (I.D. No. 4209)
1220 North Market Street
Suite 608
Wilmington, DE 19801
(302) 482-8754 (Telephone)
(302) 258-0783 (Facsimile)