IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES F. CARDONE,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTION OFFICER HAMMOND,<br>et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: Civil Action No. 05-536 JJF<br>: Civil Action No. 05-600 JJF<br>: CONSOLIDATED<br>:<br>:<br>: |
| CHARLES F. CARDONE<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN PERRY PHELPS,[1] et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: C.A. No. 06-151 JJF<br>:<br>:<br>:<br>: |
| CHARLES F. CARDONE,<br><br>    Plaintiff,<br><br>    v.<br><br>POLICE CHIEF KEITH BANKS,<br>et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: Civil Action No. 06-152 JJF<br>:<br>:<br>:<br>: |

**ORDER**

    WHEREAS, at Plaintiff's request, the Court on March 6, 2007 dismissed the above-captioned matters with leave to re-file until September 7, 2007 (C.A. No. 05-536, D.I. 110);

---

    [1] Pursuant to Rule 25 (d) of the Fed. R. Civ. P., the Court has substituted Warden Perry Phelps for Warden Thomas Carroll following Warden Carroll's separation from office.

WHEREAS, on October 10, 2007, the Court granted Plaintiff's request and set the deadline to re-file the above-captioned matters to December 10, 2007 (C.A. No. 05-536, D.I. 118);

WHEREAS, on December 20, 2007, the Court granted Plaintiff's request for an additional 30 days within which to file material pertinent to the reopening/refiling of these matters;

WHEREAS, Plaintiff did not file documents pertinent to the re-filing of the above-captioned matters within the time allocated to him by the Court,

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaints in the above-captioned cases are **DISMISSED** with prejudice.

March 14, 2008

UNITED STATES DISTRICT JUDGE